IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GREYS AVENUE PARTNERS, LLC, and CASTLE RESORTS & HOTELS, INC., <br><br>    Plaintiffs, <br><br>vs. <br><br>COLIN THEYERS, <br><br>    Defendant. | CIVIL NO. 19-00079 JAO-KJM |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on July 22, 2021, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant Plaintiffs' Motion for Default Judgment," ECF No. 86, is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:   Honolulu, Hawaiʻi, August 10, 2021.



Jill A. Otake
United States District Judge